# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.: ED CV 23-02183-AB (KKx) | Date: January 19, 2024 |

**Title:** Andres J. Lopez v. Nordstrom, Inc. et al

---

**Present: The Honorable ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | Suzanne McKennon |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Melanie Suzanne Rodriguez | Elizabeth Staggs Wilson |

**Proceedings:** 1) PLAINTIFFS' MOTION TO REMAND THE ACTION TO STATE COURT AND REQUEST FOR ATTORNEYS' FEES IN THE AMOUNT OF $4,500.00 [13];
2) DEFENDANTS' MOTION TO COMPEL ARBITRATION AND DISMISS CLASS CLAIMS [17]
(Video Conference-Zoom)

The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby **DENIES** Plaintiff's Motion to Remand the Action to State Court and Request for Attorneys' Fees [13] and takes Defendants' Motion to Compel Arbitration and Dismiss Class Claims [17] under submission.

00 : 35

| CV-90 (12/02) | CIVIL MINUTES - GENERAL | Initials of Deputy Clerk CB |
|---|---|---|