JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES J. LOPEZ, on behalf of himself and all others similarly situation employees,<br><br>Plaintiff,<br><br>v.<br><br>NORDSTROM, INC.; ADVANTAGE WORKFORCE SERVICES, LLC; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 5:23-cv-02183-AB-kk<br><br>**ORDER RE JOINT STIPULATION REQUESTING DISMISSAL OF ACTION**<br><br>Trial Date:           None Set<br>SBSC Complaint Filed:  March 27, 2023 |

Based on a review of the parties' Joint Stipulation Requesting Dismissal of Action (the "Stipulation"), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. Plaintiff's individual claims are dismissed with prejudice, and the claims of absent putative class members are dismissed without prejudice. Each party shall bear his or its own fees and costs.

**IT IS SO ORDERED.**

Dated: June 25, 2024

Hon. Andre Birotte, Jr.
United States District Judge

1